UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. COPLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV00454 AGF |
| ) | |
| BOB WILLS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's latest request for appointment of counsel [Doc. #70] is **DENIED** for the reasons set forth in this Court's previous Orders denying similar requests.

**IT IS FURTHER ORDERED** that Plaintiff shall have an extension of time up to and including **May 1, 2006**, to respond to the motion for summary judgment filed by several Defendants on March 24, 2006. Plaintiff is advised to bring to the Court's attention all factual and legal arguments as to why the motion for summary judgment should be denied.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of April, 2006.