UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL L. COPLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV0454 AGF |
| | ) | |
| BOB WILLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion [Doc. #73] for Defendants to provide him with a copy of his deposition is **GRANTED**. Defendants shall comply with this Order on or before **May 5, 2006**. Defendants shall notify the Court of their compliance, and Plaintiff shall have 30 days thereafter to file a response to Defendants' motion for summary judgment.

**IT IS FURTHER ORDERED** that Plaintiff's latest request for appointment of counsel [Doc. #74] is **DENIED** for the reasons set forth in this Court's previous Orders denying similar requests.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of April, 2006.